UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALINE AND JAMES RENTROP**                                                  **PLAINTIFFS**

**V.**                                **CIVIL ACTION NO.1:07CV384 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, ET AL.**     **DEFENDANTS**

Consolidated with

**ALINE AND JAMES RENTROP**                                                  **PLAINTIFFS**

**V.**                                **CIVIL ACTION NO. 1:07CV 919 LTS-RHW**

**TRUSTMARK NATIONAL BANK, ET AL.**                          **DEFENDANTS**

### ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [51] of Trustmark National Bank for judgment on the pleadings, treated as a motion for summary judgment, is **DENIED**.

**SO ORDERED** this 12th day of June, 2008.

                                                 s/ L. T. Senter, Jr.
                                                 L. T. SENTER, JR.
                                                 SENIOR JUDGE