**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ALINE AND JAMES RENTROP**                                              **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.1:07CV0384 LTS-RHW**

**TRUSTMARK NATIONAL BANK, ET AL.**                              **DEFENDANTS**

### ORDER AND JUDGMENT OF DISMISSAL

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED and ADJUDGED**

That the plaintiffs' claims against Trustmark National Bank are hereby **DISMISSED**.

**SO ORDERED** this 21st day of August, 2008.

                                                s/ L. T. Senter, Jr.
                                                L. T. SENTER, JR.
                                                SENIOR JUDGE