UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALINE AND JAMES RENTROP**                                      **PLAINTIFFS**

**V.**                                       **CIVIL ACTION NO.1:07CV0384 LTS-RHW**

**TRUSTMARK NATIONAL BANK, ET AL.**                      **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [108] of Nationwide Mutual Fire Insurance Company, Nationwide Mutual Insurance Company, Nationwide Property and Casualty Company's (collectively Nationwide) for partial summary judgment is **GRANTED**;

That plaintiffs shall return to Nationwide, within fourteen days of the date of this order, the sum of $180,000 collected by the plaintiffs as flood insurance benefits for damage to the building situated at 6500 Seawinds Boulevard, Biloxi, Mississippi, on or about August 29, 2005 ; and

That Nationwide shall pay the plaintiffs, within fourteen days of the date of this order, the sum of $250,000 to compensate the plaintiffs for flood damage to the building located at 6217 Martin Bayou Drive, Biloxi, Mississippi, on or about August 29, 2005.  If plaintiffs refuse to accept this payment, Nationwide may pay this sum into the registry of the court.  Payment of this sum ($250,000) either to the plaintiffs or into the registry of the court shall satisfy plaintiffs' claim against Nationwide and its local agent, John J. Fletcher, for the flood damage to the building situated at 6217 Martin Bayou Drive, Biloxi, Mississippi, sustained on or about August 29, 2005.

**SO ORDERED** this 21st day of August, 2008.

                                                 s/ L. T. Senter, Jr.
                                                 L. T. SENTER, JR.
                                                 SENIOR JUDGE