UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALINE AND JAMES RENTROP**                                        **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO.1:07CV0384 LTS-RHW**

**TRUSTMARK NATIONAL BANK, ET AL.**                          **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion [144] to alter or amend the judgment of the Court or for a new trial or for miscellaneous relief or for certification of the judgment of the Court for interlocutory appeal is **DENIED**.

**SO ORDERED** this 16th day of September, 2008.

                                                                     s/ L. T. Senter, Jr.
                                                                     L. T. SENTER, JR.
                                                                     SENIOR JUDGE