IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALINE and JAMES RENTROP**                                                       **PLAINTIFFS**

V.                                                      Civil Action No: 1:07cv00384-LTS-RHW

**NATIONWIDE MUTUAL FIRE**                                                        **DEFENDANTS**
**INSURANCE COMPANY, et al.**

## AGREED ORDER OF DISBURSEMENT OF FUNDS

There came on this day for hearing the *ore tenus* motion of the parties to release certain funds deposited into the registry of the Court. The Court, being advised that the parties have reached an agreement to settle this matter and have mutually consented to the release of the subject funds, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the payment of $180,000 deposited by the Plaintiffs on September 12, 2008, plus any applicable interest earned thereon, shall be disbursed by check made payable to Nationwide Mutual Fire Insurance Company within seven (7) days of entry of this Order;

IT IS FURTHER ORDERED that the payment of $250,000 deposited by Defendants on August 29, 2008, plus any applicable interest earned thereon, shall be disbursed separately by check made payable to Nationwide Mutual Insurance Company within seven (7) days of entry of this Order.

SO ORDERED, this the 6th day of January, 2009.

                                                                                                  s/ L. T. Senter, Jr.
                                                                                                  L.T. SENTER, JR.
                                                                                                  SENIOR JUDGE